ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                           )
                                                      )
Phoenix Management, Inc.                              )   ASBCA No. 63968
                                                      )
Under Contract No. FA4654-18-C-0005                   )

APPEARANCES FOR THE APPELLANT:          Johnathan M. Bailey, Esq.
                                        Kristin E. Zachman, Esq.
                                          Cokinos-Young
                                          San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Aaron J. Weaver, Esq.
                                          Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE SWEET

        The parties have resolved their dispute and request that the Board enter
judgment in favor of appellant.

        It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the
parties' stipulation and agreement, that the appeal is sustained. In the nature of a
consent judgment, the Board makes a monetary award to appellant in the amount of
$5,000. This amount is inclusive of Contract Disputes Act interest. No further interest
shall be paid.

        Dated: February 21, 2025

                                        JAMES R. SWEET
                                        Administrative Judge
                                        Armed Services Board
                                        of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63968, Appeal of Phoenix Management, Inc., rendered in conformance with the Board's Charter.

Dated: February 24, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2